**VIDEO TRAX, INC., a Florida Corporation, on behalf of itself and all other persons and entities similarly situated, Plaintiff–Appellant,**

v.

**NATIONSBANK, N.A. (SOUTH), a National Banking Association, Defendant–Appellee.**

No. 99–4007.

United States Court of Appeals, Eleventh Circuit.

March 14, 2000.

Scott A. Silver, Miami, FL, for Plaintiff–Appellant.

Bradford Swing, Eugene E. Stearns, Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson, P.A., Miami, FL, for Defendant–Appellee.

Before TJOFLAT, Circuit Judge, FAY, Senior Circuit Judge, and HANCOCK*, Senior District Judge.

PER CURIAM:

The facts and procedural history of this case are set out in the district court's opinion reported at 33 F.Supp.2d 1041 (S.D.Fla.1998). For the reasons stated by the district court, *id.* at 1047–55 (part III.A. through III.C.), we find that the fees at issue do not constitute "interest" for purposes of the usury provisions of the National Bank Act, 12 U.S.C. §§ 85–86

* Honorable James H. Hancock, Senior District Judge for the Northern District of Alabama, sitting by designation.

(1994). Accordingly, the judgment of the court is

AFFIRMED.